### C. THEUMAN v. STATE.
#### No. 15725.

Court of Criminal Appeals of Texas.

Feb. 15, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, Judge.**

Conviction is for forgery of a certificate of acknowledgment to an instrument affecting land. Upon a plea of guilty, punishment was assessed by the jury at ten years' confinement in the penitentiary.

Appellant has filed his affidavit with this court advising that he wishes to proceed no further with the appeal, and, in compliance with said request, the appeal is dismissed.